# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS     CASE NO. 3:06cr445LAC

NATELISHA JACKSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __November 16, 2006__

Motion/Pleadings: __MOTION TO SUPPRESS EVIDENCE and request for an evidentiary hearing__.

Filed by __DEFENDANT__ on __11/16/2006__ Doc.# __18__

RESPONSES:

__BY GOVERNMENT__ on __11/21/2006__ Doc.# __22__

____ on ____ Doc.# ____

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)              s/Mary Maloy
                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of November, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of hearing.*

s/ *L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.