UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

V                                                        Case No: 3:06cr445-LAC

NATELISHA TENNILLE JACKSON

_____/

### STIPULATION FOR THE RELEASE OF EXHIBITS

It is hereby stipulated by and between the Government and the Defendant through their respective attorneys that all government exhibits introduced into evidence in the trial of Natelisha Jackson that are still within the custody and control of the Clerk of Court be released to the care, custody, and control of Assistant United States Attorney (AUSA) Thomas P. Swaim and/or Special Agent (SA) Keith Humphreys of the Drug Enforcement Administration (DEA) for use as evidence in the upcoming trial of USA V RAMON SINGLETON (co-defendant in the above case). It is also stipulated that those drug exhibits introduced into evidence at the trial of Natelisha Jackson, and currently in the possession of the Drug Enforcement Administration (DEA) and/or the Escambia County Sheriffs Office (ECSO), may also be used by the government as exhibits in the upcoming trial of the co-defendant, Ramon Singleton, as needed.

It is further stipulated that the undersigned, AUSA Thomas P. Swaim, be designated as custodian of the exhibits if and until they are reintroduced into evidence in the trial of Ramon Singleton, at which point the exhibits will once again be in the custody and control of the clerk of court and AUSA Swaim will no longer be custodian of those exhibits, and that upon

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 MAR 30  AM 10: 51

FILED

request of the clerk of the court, the custodian shall deliver all said exhibits still retained by the custodian, if any, to the clerk forthwith.

|  |  |
|---|---|
| *signature* | GREGORY R. MILLER<br>United States Attorney<br>*signature* |
| THOMAS S. KEITH<br>Attorney for Defendant<br>Florida Bar No. 243078<br>Blount Building, Suite 200<br>3 West Garden Street<br>Pensacola, FL 32502-5654<br>(850) 432-1418 | THOMAS P. SWAIM<br>North Carolina Bar No. 10064<br>Assistant U.S. Attorney<br>Northern District of Florida<br>21 East Garden Street, Suite 400<br>Pensacola, Florida 32502-5675<br>(850)444-4000 |
| 3/23/07<br>Date | 3/24/07<br>Date |

IT IS SO ORDERED.

*signature*

LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

Dated: 28 Mar 07