IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                  3:06cr445/LAC

NATELISHA JACKSON

## O R D E R

Defendant has filed a motion to vacate, set aside, or correct sentence under title 28 United States Code § 2255, a supporting memorandum of law, a motion to proceed *in forma pauperis*, a motion to exceed page limitation, and an amendment to 28 U.S.C. § 2255 motion to vacate Federal Rules of Civil Procedure.  All of these documents were referred to the chambers of the undersigned as deficient because they do not bear original signatures.  In addition, the documents do not comply with the Local Rules in that they were not double spaced and did not have proper margins.[1]  Although the court will direct that the documents be filed, they will not be considered until defendant files an amended motion bearing an original signature and complying with the Local Rules of this court. Defendant may, but is not required to, file a supporting memorandum of law. Additionally, defendant is advised that she need not file a motion to proceed *in forma pauperis* as no filing fee is required for § 2255 motions.

---

[1] The Local Rules require a two inch margin on the bottom of the first page of pleadings filed with the court, and one inch margins on the top and sides of all pages, and on the bottom of subsequent pages.

Accordingly, it is ORDERED:

1. The Clerk shall docket the § 2255 motion filed by the defendant and assign a civil case number. The clerk shall mail to the defendant a copy of this order and a copy of the form for use in Section 2255 cases. The criminal and civil case numbers should be written on the form.

2. Within thirty days, defendant shall file her amended motion and supporting memorandum of law, if any. She shall also provide one identical service copy of the amended motion and attachments, if any. The amended motion should be complete in and of itself and must not refer to the original motion or any attachments thereto.

3. Failure to comply with this order will result in a recommendation that the motion be denied.

DONE AND ORDERED this 12th day of July, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:06cr445/LAC*