IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                         3:06cr445/LAC
                                              3:07cv295/LAC/MD

NATELISHA TENNILLE JACKSON

---

O R D E R

Defendant has filed her amended motion to vacate sentence pursuant to 28 U.S.C. § 2255, (doc. 109), and a motion to exceed page limit.  (Doc. 110).  The motion appears to be in the proper form, and a service copy has been provided.  Accordingly, it is therefore ORDERED:

Defendant's motion to exceed page limit (doc. 110) is GRANTED.

The clerk of this court is directed to furnish a copy of this order and of the motion to vacate, set aside or correct sentence to the Office of the United States Attorney for this district which office shall have sixty (60) days from the date this order is entered on the docket in which to show cause, if any, why the relief requested should not be granted.

DONE AND ORDERED this 25th day of July, 2007.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**