IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.:   3:06cr445/LAC
3:07cv295/LAC/MD

**NATELISHA JACKSON**
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 10, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, (Doc 136), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended motion to vacate, set aside, or correct sentence (doc. 109) is DENIED.

DONE AND ORDERED this 7th day of January, 2008.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**