✏AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Natelisha Tennille Jackson ) | Case No: 3:06cr445-002/LAC |
| ) | USM No: 06584-017 |
| Date of Previous Judgment: 9 March 2007 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

120 months is the statutorily required mandatory minimum and is imposed as to Counts One and Two, with Counts to run concurrently one with the other.

Except as provided above, all provisions of the judgment dated __9 March 2007__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   13 June  2008            s/ *L.A. Collier*
                                                                    Judge's signature

Effective Date:                                      Lacey A. Collier, Senior U.S. District Judge
(if different from order date)                    Printed name and title