**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                   CASE NO.  3: 06cr445 LAC

NATELISHA JACKSON

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on    JUNE 17, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE    on 6/16/08     Doc.# 155

RESPONSES:

                                         on            Doc.#
                                         on            Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                                 Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 20th day of June, 2008, that:*

*(a) The relief requested is* **DENIED.** *MOOT.*

*(b) Sentence has been reduced. See Doc. 154.*

                                                                  *s/L.A. Collier*
                                                                ***LACEY A. COLLIER***
                                                     *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

                                                  Document No.